UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CV-112-F

| | |
|---|---|
| VIRGINIA GALLAWAY,<br>        Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| WILLIAMSTON HOSPITAL CORPORATION,<br>doing business as Martin General Hospital,<br>        Defendant. | )<br>)<br>)<br>) |

<u>ORDER</u>

The court has been informed that the parties to this action have reached a settlement. Accordingly, this action is DISMISSED WITHOUT prejudice to either party to file a motion to reopen should settlement not be consummated on or before August 1, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date. The Clerk of Court is DIRECTED to remove this case from the court's trial calendar.

SO ORDERED. This the 19th day of June, 2015.

                                                    *James C. Fox*
                                                    James C. Fox
                                                    Senior United States District Judge