IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CV-112-F

VIRGINIA GALLAWAY,

    Plaintiff,

vs.

COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES
CORPORATION; WILLIAMSTON
HOSPITAL CORPORATION, d/b/a MARTIN
GENERAL HOSPITAL,

    Defendants.

**ORDER OF DISMISSAL**

This matter is before the Court on the Joint Motion to Dismiss Plaintiff's claims against Defendants Williamston Hospital Corporation, d/b/a Martin General Hospital ("Martin General") and Defendant CHSPSC, LLC, formerly known as Community Health Systems Professional Services Corporation ("CHSPSC"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE. Each party to bear its own costs.

This the 4 day of August, 2015.

_____
James C. Fox
Senior United States District Judge

Case 4:14-cv-00112-F   Document 22   Filed 08/04/15   Page 1 of 1